UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KATHERINE CONNER**  CIVIL ACTION

**VERSUS**

**STATE OF LOUISIANA**  NO.: 12-00653-BAJ-RLB

## RULING AND ORDER

On March 15, 2013, the United States Magistrate Judge issued a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Petitioner Katherine Conner's application for habeas corpus relief be dismissed, without prejudice, for failure to exhaust state court remedies as mandated by 28 U.S.C. § 2254(b) and (c) (Doc. 17).

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 17)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that application for habeas corpus relief be dismissed, without prejudice, for failure to exhaust state court remedies as mandated by 28 U.S.C. § 2254(b) and (c).

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability be denied.

Baton Rouge, Louisiana, this 25th day of October, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**